

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*One St. Andrew's Plaza*
*New York, New York 10007*

September 15, 2021

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application Granted.  For the reasons stated above, the Court finds that the ends of justice served by excluding the time between today and November 30, 2021, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A).  It is hereby ORDERED that the time between today and November 30, 2021, is excluded.  The Clerk of the Court is directed to terminate the letter motion at docket number 17.
>
> Dated: September 16, 2021
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Re:   **United States v. Shareef Landsmark**, 21 Cr. 283 (LGS)

Dear Judge Schofield:

      On September 13, 2021, the Court adjourned the September 20, 2021 status conference in this matter until November 15, 2021.  (Dkt. No. 16).  The Government now writes, with the consent of defense counsel, to respectfully request that the Court exclude time under the Speedy Trial Act between September 20, 2021 and November 15, 2021, because the ends of justice served by excluding the time outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  Among other things, the exclusion of time will allow for the capital review process to conclude, and for the parties to discuss a potential pre-trial disposition of this matter.

      Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:       /s/
Alexandra N. Rothman
Adam Hobson
Assistant United States Attorneys
(212) 637-2580

cc: Defense counsel (By ECF)