

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*One St. Andrew's Plaza*
*New York, New York 10007*

November 4, 2021

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: **United States v. Shareef Landsmark,**
     **21 Cr. 283 (LGS)**

Dear Judge Schofield:

  The Government writes, with the consent of defense counsel, to respectfully request that the status conference currently scheduled for November 30, 2021, be adjourned for a period of 90 days.  To the extent the Court grants the parties' request, the Government further requests, with the consent of defense counsel, that the Court exclude time under the Speedy Trial Act between November 30, 2021, and the date of the rescheduled conference, because the ends of justice served by excluding the time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    /s/
Alexandra N. Rothman
Adam Hobson
Assistant United States Attorneys
(212) 637-2580

Application Granted.  The status conference currently scheduled for November 30, 2021, is adjourned to **March 7, 2022, at 10:30 a.m**.  For the reasons stated above, the Court finds that the ends of justice served by excluding the time between today and March 7, 2022, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A).  It is hereby ORDERED that the time between today and March 7, 2022, is excluded.  The Clerk of the Court is directed to terminate the letter motion at docket number 20.

Dated: November 15, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE