UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                            -against-

    SHAREEF LANDSMARK,
                                   Defendant,
------------------------------------------------------------X

21 Cr. 283 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that the status conference currently scheduled for March 7, 2022, is adjourned to **April 4, 2022, at 10:30 a.m.**

Dated: March 3, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**