

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*One St. Andrew's Plaza*
*New York, New York 10007*

May 12, 2022

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    **United States v. Shareef Landsmark,**
               **21 Cr. 283 (LGS)**

Dear Judge Schofield:

      The Government writes, with the consent of defense counsel, to respectfully request that the status conference currently scheduled for May 17, 2022, be adjourned for a period of approximately 60 days. To the extent the Court grants the parties' request, the Government further requests, with the consent of defense counsel, that the Court exclude time under the Speedy Trial Act between May 17, 2022, and the date of the rescheduled conference, because the ends of justice served by excluding the time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Application Granted. The status conference currently scheduled for May 17, 2022, is adjourned to **July 12, 2022, at 10:45 a.m**. For the reasons stated above the Court finds that the ends of justice served by excluding the time between today and July 12, 2022, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 USC 3161(h)(7)(A). It is hereby Ordered that the time between today and July 12, 2022, is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 27.

Dated: May 12, 2022
New York, New York

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney

                       By:         /s/
                                        Alexandra N. Rothman
                                        Adam Hobson
                                        Assistant United States Attorneys
                                        (212) 637-2580

                                        */s/ Lorna G. Schofield*
                                   LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE