Law Offices of
# Donald J. Yannella
A Professional Corporation
**Email:** nynjcrimlawyer@gmail.com
**Tel:** (212) 226-2883
**Fax:** (646) 430-8379

**70 Grand Avenue, Suite 100**  **233 Broadway, Suite 2370**
**River Edge, NJ 07661**  **New York, NY 10279**
(Preferred mailing address)

October 18, 2022

Hon. Lorna G. Schofield
United States District Judge
40 Foley Square
New York, NY 10007

Re: *United States v. Shareef Landsmark*
21 Cr 283 (LGS)

Dear Judge Schofield:

    Jean Barrett and I are counsel for Shareef Landsmark, and we respectfully request that the status conference scheduled for October 24, 2022, be adjourned for approximately sixty days.

    We also that time be excluded until the next court date, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) and (iv). The adjournment is necessary to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. AUSA Alexis Rothman informs me that she has no objection to these applications.

Sincerely,
/s/ *Donald Yannella*
Donald Yannella, Esq.

Application Granted.  The status conference currently scheduled for October 24, 2022, is adjourned to **January 9, 2023, at 10:45 a.m**.  The Court finds that the ends of justice served by excluding the time between today and January 9, 2023, outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. § 3161(h)(7)(A) because, among other things, the parties are presently engaged in discussions regarding a potential disposition of this matter and the exclusion would allow for those discussions to continue.  It is hereby ORDERED that the time between today and January 9, 2023, is excluded.  The Clerk of the Court is directed to terminate the letter motion at docket number 35.

Dated: October 19, 2022
New York, New York

*Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**