UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                -against-

    SHAREEF LANDSMARK,
                                          Defendant,
------------------------------------------------------------X

21 Cr. 283 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that the status conference currently scheduled for January 9, 2023, is adjourned to **June 5, 2023, at 10:45 a.m.**

Dated: January 6, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE