UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                    -against-

    SHAREEF LANDSMARK,
                              Defendant.
------------------------------------------------------------ X

21 Cr. 283 (LGS)

<u>SCHEDULING ORDER</u>

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that Defendant Shareef Landsmark's sentencing hearing will be held on **December 4, 2023**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's pre-sentencing submission, if any, shall be filed on or before **November 13, 2023**.  The Government's pre-sentencing submission, if any, shall be filed by **November 16, 2023.**

Dated: August 14, 2023
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE