UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                        -v-

    SHAREEF LANDSMARK,
                                Defendant.
------------------------------------------------------------X

21 Cr. 283 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

    WHEREAS with Shareef Landsmark's consent, his guilty plea allocution was taken before Magistrate Katharine H. Parker on August 14, 2023;

    WHEREAS a transcript of the allocution was made; and

    WHEREAS upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: February 5, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**